UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/9/2021

-----------------------------------------------------------X

In re Application of

ZURU LLC and ZURU INC.,



                    Petitioners.
-----------------------------------------------------------X

Misc. Case No:

**APPLICATION FOR THE ISSUANCE OF A SUBPOENA AD TESTIFICANDUM AND SUBPOENA DUCES TECUM PURSUANT TO 35 U.S.C. § 24 TO THE NEW YORK TIMES COMPANY**

██████████ **ORDER**

Upon the Application for the Issuance of a Subpoena Ad Testificandum and Subpoena Duces Tecum Pursuant to 35 U.S.C. § 24 to The New York Times Company filed by Zuru LLC and Zuru Inc., Petitioners (the "Application"), it is hereby:

ORDERED that the Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit A to the Application (the "Subpoena Duces Tecum") and provide the executed Subpoena Duces Tecum to counsel for the Petitioners, Zuru LLC and Zuru Inc. for service on The New York Times Company, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit B to the Application (the "Subpoena Ad Testificandum") and provide the executed Subpoena Ad Testificandum to counsel for the Petitioners, Zuru LLC and Zuru Inc. for service on The New York Times Company.

Dated: New York, New York

___September 8,_____, 2021

_____
United States District Judge
Alison J. Nathan

{N5787904}